IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON PARKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER DAVID O'CONNOR, et al. | : | NO. 15-3475 |

## ORDER

AND NOW, this 17th day of September, 2015, it is **ORDERED** that:

1. The complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.